# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAUENHEIM, et al.,<br><br>    Defendants._____/ | CASE NO. 1:06-CV-01540-AWI-LJO P<br><br>ORDER DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY CLOSE THIS ACTION ON THE GROUND THAT IT IS DUPLICATIVE OF CASE NUMBER 1:06-CV-01479-OWW-LJO P<br><br>(Doc. 1) |

Plaintiff James E. Smith ("plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 1, 2006. The claims in this action are duplicative of those raised in case number 1:06-CV-01479-OWW-LJO P, filed on October 23, 2006. Accordingly, the Clerk's Office is HEREBY DIRECTED to administratively close this action on the ground that it is duplicative of case number 1:06-CV-01479-OWW-LJO P.

IT IS SO ORDERED.

**Dated:   December 13, 2006**             /s/ Anthony W. Ishii
0m8i78                                             UNITED STATES DISTRICT JUDGE

1